CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-223-RFB-DJA |
| Plaintiff, | Stipulation to Modify Bond Conditions as to Darnell Deonte Calvin [ECF 11] and Andrea Tionda Carr [ECF 14] |
| v. | |
| DARNELL DEONTE CALVIN | |
| and | |
| ANDREA TIONDA CARR, | |
| Defendants. | |

The parties stipulate as follows:

On July 30, 2021, codefendants Darnell Deonte Calvin and Andrea Tionda Carr came separately before United States Magistrate Judge Brenda Weklser for their initial appearance on a criminal complaint. ECF Nos. 5 and 6, respectively. The Court separately ordered the release of defendants Calvin and Carr on personal recognizance bonds, setting conditions for each under 18 U.S.C. § 3142. ECF Nos. 11 and 14, respectively.

Codefendants share parental responsibility for two minor children.

A discrepancy between the written bond conditions regarding communication, as well as an apparent discrepancy between the conditions discussed during the hearing and those contained in the written bond for defendant Calvin, has impeded communication between codefendants regarding care of the minor children. Calvin is directed, under "Contact," (32), that "the defendant shall avoid all contact directly or indirectly with codefendant(s), unless it is in the presence of counsel." ECF No. 11 at 4. Carr is directed, under (80) "Other conditions," that "the defendant may have contact with the codefendant, however, they should avoid discussing the case." ECF No. 14 at 6.

Neither codefendant has incurred a violation of their bond conditions.

A judicial officer may at any time amend a release order to impose additional or different conditions of release. 18 U.S.C. § 3142(c)(3). After consulting with the Pretrial Services Officers supervising codefendants Calvin and Carr, the parties stipulate that section 3142(g) factors would permit each defendant's bond to be modified to strike the current communication provision, substituting in each the condition that "The defendant shall avoid all contact directly or indirectly with codefendant about the case, unless it is in the presence of counsel," and that each bond should be so modified.

The Pretrial Services Officers supervising defendants Calvin and Carr concur with this modification.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This uniform condition would restrict communication regarding the case to the presence of counsel while permitting communication on any other topic, including parental responsibilities relating to the minor children.

A proposed order follows.

DATED August 26, 2021

RENE L. VALLADARES
Federal Public Defender

*//s//* *Joanne Diamond*
JOANNE DIAMOND
Assistant Federal Public Defender
Counsel for Darnel Deonte Calvin

*//s//* *Dan Hill*
DAN HILL, Esquire
Hill Firm
Counsel for Andrea Tionda Carr

CHRISTOPHER CHIOU
Acting United States Attorney

*//s//* *Daniel J Cowhig*
DANIEL J. COWHIG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-223-RFB-DJA |
| Plaintiff, | ORDER |
| v. | Regarding Stipulation to Modify Bond Conditions as to Darnell Deonte Calvin [ECF 11] and Andrea Tionda Carr [ECF 14] |
| DARNELL DEONTE CALVIN | |
| and | |
| ANDREA TIONDA CARR, | |
| Defendants. | |

ORDER

Based on the pending stipulation of counsel, the record of proceedings in this case, with good cause appearing therefore and after consideration of the factors set forth in 18 U.S.C. §§ 3142(c) and (g), IT IS HEREBY ORDERED that the bond condition of defendant Darnell Deonte Calvin regarding communication with his codefedant, ECF No. 11 at 4, and the bond condition of defendant Andrea Tionda Carr, regarding communication with her codefedant, ECF No. 14 at 6, be striken, substituting in each the condition that "The defendant shall avoid all contact directly or indirectly with codefendant about the case, unless it is in the presence of counsel."

IT IS FURTHER ORDERED that the hearing set for 8/30/2021 is VACATED.

**IT IS SO ORDERED**

**DATED:** 9:14 am, August 27, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**Certificate of Service**

I, Daniel J. Cowhig, hereby certify that on this day I served an electronic copy of the above Stipulation to Modify Bond Conditions as to Darnell Deonte Calvin [ECF 11] and Andrea Tionda Carr [ECF 14] on Counsel of Record via Electronic Case Filing (ECF).

Dated August 26, 2021

                                                //s// *Daniel J Cowhig*
                                                DANIEL J. COWHIG
                                                Assistant United States Attorney