RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Darnell Deonte Calvin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00223-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| DARNELL DEONTE CALVIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Darnell Deonte Calvin, that the Sentencing Hearing currently scheduled on May 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to meet with the defendant and prepare for sentencing.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay but merely to allow counsel for defendant sufficient time to prepare for sentencing.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of April, 2022.

RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                          Acting United States Attorney


      */s/ Joanne L. Diamond*                    */s/ Daniel J. Cowhig*
By_____          By_____
JOANNE L. DIAMOND                          DANIEL J. COWHIG
Assistant Federal Public Defender          Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DARNELL DEONTE CALVIN,

      Defendant.

Case No. 2:21-cr-00223-RFB-DJA

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, May 3, 2022 at 11:00 a.m., be vacated and continued to _ July 14, 2022 _ at the hour of _9_:_00_ am.

DATED this 6th day of April, 2022.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3