___FILED   ___RECEIVED
___ENTERED   ___SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 14, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-223-RFB-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DARNELL DEONTE CALVIN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Darnell Deonte Calvin to the criminal offenses, forfeiting the property set forth in the Government's Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Darnell Deonte Calvin pled guilty. Criminal Indictment, ECF No. 18; Government's Memorandum in Support of Plea, ECF No. 53; Change of Plea, ECF No. 61; Preliminary Order of Forfeiture, ECF No. 62.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 9, 2022, through March 10, 2022, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 66-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Zastava Arms model ZPAP92 7.62mm x 39 semi-automatic pistol bearing serial number Z92-087090;
2. a Diamondback Firearms model DB15 5.56mm semi-automatic rifle bearing serial number DB2458627;
3. a Ruger model 5.7 5.7mm x 28 semi-automatic pistol bearing serial number 642-04062;
4. an M+M model M10X-P 7.62mm x 39 semi-automatic pistol bearing serial number W0460;
5. a Glock model 21 .45 caliber semi-automatic pistol bearing serial number BNGS063;
6. a sand-color 5.56mm / .223 caliber AR-15 pattern upper receiver group fitting the Diamondback Firearms model DB15 5.56mm semi-automatic rifle;
7. a large-capacity 60-round magazine fitting the Zastava Arms model ZPAP92 7.62mm x 39 semi-automatic pistol;
8. a large-capacity 30-round magazine fitting the Zastava Arms model ZPAP92 7.62mm x 39 semi-automatic pistol;

9. a large-capacity 100-round dual-drum magazine fitting the Diamondback Firearms model DB15 5.56mm semi-automatic rifle;

10. five large-capacity 30-round magazines fitting the Diamondback Firearms model DB15 5.56mm semi-automatic rifle;

11. a large-capacity magazine fitting the Ruger model 5.7 5.7mm x 28 semiautomatic pistol;

12. a large-capacity 39 round magazine fitting the Glock model 21 .45 caliber semi-automatic pistol;

13. 22 rounds of 5.7 x 28 ammunition;

14. 56 rounds .45 caliber ammunition;;

15. 4 rounds 5.56 ammunition; and

16. any and all compatible magazines and ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___July 14_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE