RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Darnell Deonte Calvin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARNELL DEONTE CALVIN,<br><br>  Defendant. | Case No. 2:21-cr-00223-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Darnell Deonte Calvin, that the Revocation Hearing currently scheduled on February 5, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The supervised release petition alleges a new violation which is pending in state court. The alleged new law violation is the subject of a pending state case. The parties need additional time to see the resolution of the state court case.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kahssai<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2


# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00223-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DARNELL DEONTE CALVIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 5, 2024 at 10:00 a.m., be vacated and continued to April 9, 2024 at 8:30 a.m.

DATED this 2nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE