RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Darnell Deonte Calvin

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00223-RFB-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| DARNELL DEONTE CALVIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Darnell Deonte Calvin, that the Revocation Hearing currently scheduled on September 9, 2024, be vacated, continued and converted to a Status Conference on a date and time convenient to the Court, but no sooner than one hundred eighty (180) days.

This Stipulation is entered into for the following reasons:

1. Yesterday, September 5, 2024, Mr. Calvin was sentenced to a 6-month custodial term in the related state matter, case no. C-24-385285-1. Mr. Calvin is in state custody at the Clark County Detention Center.

2. Should Mr. Calvin be released substantially before the 180 days have elapsed, the parties may request that the hearing be advanced.

3. The U.S. Probation Office agrees that the hearing should be continued until the completion of the state term of custody.

4. The defendant is in state custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 6th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00223-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DARNELL DEONTE CALVIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 9, 2024 at 10:00 a.m., be vacated, continued and converted to a Status Hearing on March 13, 2025 at 9:15 a.m.

DATED this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE

3